United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 6, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-11351
Summary Calendar

RENE R. BELASCO,

Petitioner-Appellant,

versus

WARDEN, FEDERAL CORRECTIONAL INSTITUTION BIG SPRING,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:03-CV-165
--------------------

Before JONES, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Rene R. Belasco, federal prisoner # 15787-083, appeals from
the district court's denial and dismissal of his 28 U.S.C. § 2241
challenging the method used by the Bureau of Prisons ("BOP") for
calculating good-time credits. Belasco sought an accelerated
release based on his own method of calculation. During the
pendency of this appeal, Belasco completed his imprisonment term,
and he has been released from the BOP's custody. The issues
Belasco has raised on appeal have thus been rendered moot by his

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

release.  See Bailey v. Southerland, 821 F.2d 277, 278 (5th Cir. 1987).

Accordingly, this appeal is DISMISSED AS MOOT.